# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-2787
Lower Tribunal No. 2012-CF-008897

_____

CHRISTOPHER C. BOTTO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Amy J. Carter, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and SMITH, JJ., concur.


Christopher C. Botto, Orlando, pro se.

James Uthmeier, Attorney General, Tallahassee, and Samuel Perrone, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED